Morrison Cohen

Christopher Milito
Partner
(212) 735-8769
cmilito@morrisoncohen.com

November 9, 2026

*By Electronic Filing*

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10013

Plaintiff's request is GRANTED. The initial pre-trial conference previously scheduled for November 10, 2026 at 9:30 a.m. is ADJOURNED until **January 12, 2027** at **4:00 p.m.** The Clerk of Court is respectfully directed to terminate the motion at Dkt. 7.

Dated: November 9, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

Re: Rose v. Morgan Stanley Services Group, Inc. *et al.*
Case Number 1:26-cv-07272-JLR

Dear Judge Rochon:

Our firm is counsel to Kelly Lynn Rose, the plaintiff in the above-referenced case. We write with respect to the initial Pretrial Conference scheduled for November 10, 2026 and the related Civil Case Management Plan and Scheduling Order, which have not been submitted.

We respectfully request that the Court adjourn the Pretrial Conference for sixty days. Plaintiff has not yet served her complaint upon the Defendants and the time to do so does not expire until November 23, 2026. Absent service of the pleading and the participation of the Defendants, the Pretrial Conference would serve little purpose. Although Plaintiff has not served her pleading, she has apprised the Defendants of her claims and is far along in negotiating a settlement that would obviate the need for service and result in the discontinuance of the action. If no agreement is reached, Plaintiff will serve her complaint by the deadline and the matter will proceed in the normal course.

We thank the Court for its consideration of this request.

Respectfully yours,

Christopher Milito

Christopher Milito

Copy to: All counsel of record (by e-filing)